FREDERICK V. GOESS, as Receiver of THE HARRIMAN NATIONAL BANK AND TRUST COMPANY OF THE CITY OF NEW YORK, Appellant, v. THE TRAVELERS

INSURANCE COMPANY and Others, Respondents.— Judgment and amended judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.